# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR L. FUNCK,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>　　Defendant. | Civil No. 2:17-CV-1806-JLR-TLF<br><br><br>ORDER REGARDING ADMINISTRATIVE RECORD |

Based on Defendant's Unopposed Motion to Strike and Remove the electronic Administrative Record and File a paper Administrative Record (Dkt. 15), it is hereby ORDERED that Defendant's Motion is GRANTED. The administrative record (Dkt. 8) will be stricken and removed from the Court's docket and replaced with the paper administrative record.

DATED this 12th day of June, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

Page 1　　ORDER - [2:17-CV-1806-JLR-TLF]