UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VICTOR L. F.,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendants.

Case No. 2:17-cv-01806-JLR-TLF

ORDER REVERSING AND REMANDING DEFENDANT'S DECISION TO DENY BENEFITS FOR PAYMENT OF BENEFITS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     the ALJ erred in his decision as described in the Report and Recommendation; and

(3)     the matter is therefore REVERSED and remanded to the Commissioner for payment of benefits.

Dated this 21st day of December, 2018.

James L. Robart
United States District Judge

ORDER REVERSING AND REMANDING DEFENDANT'S DECISION TO DENY BENEFITS FOR PAYMENT OF BENEFITS - 1